A.A.A. PROCESS SERVICE, INC.  
P.O. Box 21788  
St. Louis, MO 63109-0788  
Phone: (314) 351-7979  
Fax: (314) 752-5785  
Tax I.D 43-1925560

# INVOICE

Invoice #2010000463  
9/13/2010



PLAINTIFF'S EXHIBIT 1

James Schottel  
SCHOTTEL & ASSOCIATES  
906 Olive Street  
St.Louis, MO 63101

Your Contact: Jim  
**Case Number:** ST.LOUIS 4:10-CV-1429 MLM

Plaintiff:  
**HENRY DAVIS**

Defendant:  
**MICHAEL WHITE AND CITY OF FERGUSON**

Served: 9/13/2010 2:14 pm  
To be served on: MICHAEL WHITE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE (LOCAL) | 1.00 | 50.00 | 50.00 |
| **TOTAL CHARGED:** | | | $50.00 |
| **BALANCE DUE:** | | | $50.00 |

THANK YOU FOR YOUR BUSINESS !!!

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.

PAYMENT IS DUE UPON RECEIPT.  
A $ 15.00 LATE FEE,PER MONTH WILL BE ADDED TO ALL INVOICES PAST DUE OVER 30 DAYS.

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3m