# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HENRY M. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:10-CV-1429 MLM |
| MICHAEL WHITE and CITY OF FERGUSON, MISSOURI, | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S ANSWER TO DEFENDANT MICHAEL WHITE'S COUNTERCLAIM

COMES NOW Plaintiff Henry M. Davis (hereinafter "Plaintiff"), by and through his attorney, and for his Answer to Defendant Michael White's Counterclaim ("Defendant White's Counterclaim"), and states and alleges as follows:

1. Plaintiff is without sufficient information upon which to form a belief as to the truth of the allegations contained in Paragraph 1 of Defendant White's Counterclaim and therefore denies each and every allegation contained therein.

2. Plaintiff denies the allegations as stated in Paragraph 2 of Defendant White's Counterclaim.

3. Plaintiff denies the allegations as stated in Paragraph 3 of Defendant White's Counterclaim.

4. Plaintiff denies the allegations as stated in Paragraph 4 of Defendant White's Counterclaim.

5. Plaintiff denies the allegations as stated in Paragraph 5 of Defendant White's Counterclaim.

6. Plaintiff denies the allegations as stated in Paragraph 6 of Defendant White's Counterclaim.

7. Plaintiff denies the allegations as stated in Paragraph 7 of Defendant White's Counterclaim.

8. Plaintiff denies the allegations as stated in Paragraph 8 of Defendant White's Counterclaim.

9. Plaintiff denies the allegations as stated in Paragraph 9 of Defendant White's Counterclaim.

10. Plaintiff denies the allegations as stated in Paragraph 10 of Defendant White's Counterclaim.

11. Plaintiff denies the allegations as stated in Paragraph 11 of Defendant White's Counterclaim.

12. Plaintiff denies the allegations as stated in Paragraph 12 of Defendant White's Counterclaim

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

Defendant White's Counterclaim fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**

Defendant Michael White's claim is barred in whole or in part by the doctrines of waiver, laches, and estoppel.

**Third Affirmative Defense**

Defendant Michael White has failed in whole or in part to mitigate his damages.

**Fourth Affirmative Defense**

Defendant Michael White's claim is barred by the doctrine of unclean hands.

WHEREFORE, Plaintiff, having fully answered the allegations contained in Defendant White's Counterclaim, prays this Court to dismiss all claims thereof in favor of Plaintiff and against Defendant Michael White, and for such other and further relief as this Court deems just and proper under the circumstances.

      Respectfully submitted,

      SCHOTTEL & ASSOCIATES, P.C.

      BY: s/*James W. Schottel, Jr.*
           James W. Schottel, Jr.   #94480
           906 Olive St., PH
           St. Louis, MO 63101
           (314) 421-0350
           (314) 421-4060 facsimile
           jwsj@schotteljustice.com

           Attorney for Plaintiff
           Henry M. Davis

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

      Peter J. Dunne
      dunne@rpslaw.com

      Attorney for Defendants
      Michael White
      City of Ferguson, Missouri

      s/*James W. Schottel, Jr.*