## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| HENRY M. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10-CV-1429 NAB |
| | ) | |
| MICHAEL WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S PRE-TRIAL PROPOSED EXHIBIT LIST

COMES NOW Plaintiff Henry M. Davis, and hereby submits the following proposed exhibit list:

| No. | Description | Will/May be introduced | 902(11) or 902(12) Authentication |
|---|---|---|---|
| P-1 | Section 29.61 of the revised Code Of the City of Ferguson, 1998 | Will | No |
| P-2 | Defendant John Beaird 9/24/2009 Complaint/Information – Tihen Uniform | Will | No |
| P-3 | Defendant John Beaird 9/24/2009 Complaint/Information – Pillarick Uniform | Will | No |
| P-4 | Defendant John Beaird 9/24/2009 Complaint/Information – White Uniform | Will | No |
| P-5 | Defendant John Beaird 9/24/2009 Complaint/Information – Beaird Uniform | Will | No |
| P-6 | 4/10/2010 Michael K. Kielty Letter | Will | No |
| P-7 | 9/20/2009 Jail Video | May | No |

| | | | |
|---|---|---|---|
| P-8 | Pillarick Jail Notes – 9/20/2009 | May | No |
| P-9 | Michael White Medical Records - Christian Hospital | May | Yes |
| P-10 | Michael White Employee Injury/Illness Report | May | No |
| P-11 | Michael White Workers' Compensation Settlement – 9/20/2009 Claim | May | No |
| P-12 | Michael White Workers' Compensation Settlement – 1/6/2009 Claim | May | No |
| P-13 | Michael White Workers' Compensation – Report of Injury 5/24/2012 Claim | May | No |
| P-14 | Michael White Workers' Compensation – Report of Injury 5/24/2012 Claim for Compensation | May | No |
| P-15 | Non-Lethal Force Report - 9/20/2009 | May | No |

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
      James W. Schottel, Jr.    #51285MO
      906 Olive St., PH
      St. Louis, MO 63101
      (314) 421-0350
      (314) 421-4060 facsimile
      jwsj@schotteljustice.com

      Attorney for Plaintiff
      Henry M. Davis

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>March 4, 2014</u>, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Peter J. Dunne
dunne@pspclaw.com

Robert T. Plunkert
plunkert@pspclaw.com

Attorneys for Defendants
Michael White
John Beaird
Kim Tihen
City of Ferguson, Missouri


s/<u>*James W. Schottel, Jr.*</u>