**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HENRY M. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:10-CV-1429 NAB |
| MICHAEL WHITE, et al., | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S PRE-TRIAL PROPOSED SUPPLEMENTAL EXHIBIT LIST

COMES NOW Plaintiff Henry M. Davis, and hereby submits the following proposed exhibit list:

| No. | Description | Will/May be introduced | 902(11) or 902(12) Authentication |
|---|---|---|---|
| P-16-1 through P-16-20 | Ferguson Jail Photos | May | No |

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
   James W. Schottel, Jr.   #51285MO
   906 Olive St., PH
   St. Louis, MO 63101
   (314) 421-0350
   (314) 421-4060 facsimile
   jwsj@schotteljustice.com

   Attorney for Plaintiff
   Henry M. Davis

## CERTIFICATE OF SERVICE

  I hereby certify that on <u>March 10, 2014</u>, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

    Peter J. Dunne
    dunne@pspclaw.com

    Robert T. Plunkert
    plunkert@pspclaw.com

    Attorneys for Defendants
    Michael White
    John Beaird
    Kim Tihen
    City of Ferguson, Missouri


    s/*James W. Schottel, Jr.*