UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY M. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10-CV-1429 NAB |
| | ) | |
| MICHAEL WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S FINAL PRE-TRIAL PROPOSED EXHIBIT LIST

COMES NOW Plaintiff Henry M. Davis, and hereby submits the following final proposed exhibit list:

| No. | Description | Will/May be introduced | 902(11) or 902(12) Authentication |
|---|---|---|---|
| P-1 | Section 29.61 of the revised Code Of the City of Ferguson, 1998 | Will | No |
| P-2 | Defendant John Beaird 9/24/2009 Complaint/Information – Tihen Uniform | Will | No |
| P-3 | Defendant John Beaird 9/24/2009 Complaint/Information – Pillarick Uniform | Will | No |
| P-4 | Defendant John Beaird 9/24/2009 Complaint/Information – White Uniform | Will | No |
| P-5 | Defendant John Beaird 9/24/2009 Complaint/Information – Beaird Uniform | Will | No |
| P-6 | Reserved | May | No |
| P-7 | 9/20/2009 Jail Video | May | No |

| | | | |
|---|---|---|---|
| P-7-1 | Reserved | May | No |
| P-7-2 | Reserved | May | No |
| P-8 | Pillarick Jail Notes – 9/20/2009 | May | No |
| P-9 | Michael White Medical Records - Christian Hospital | May | Yes |
| P-10 | Michael White Employee Injury/Illness Report (REDACTED) | May | No |
| P-11 | Reserved | May | No |
| P-12 | Reserved | May | No |
| P-13 | Reserved | May | No |
| P-14 | Reserved | May | No |
| P-15 | Non-Lethal Force Report - 9/20/2009 (REDACTED) | May | No |
| P-16-1 | Jail Photo #1 | May | No |
| P-16-2 | Jail Photo #2 | May | No |
| P-16-3 | Jail Photo #3 | May | No |
| P-16-4 | Jail Photo #4 | May | No |
| P-16-5 | Jail Photo #5 | May | No |
| P-16-6 | Jail Photo #6 | May | No |

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
     James W. Schottel, Jr.    #51285MO
     906 Olive St., PH
     St. Louis, MO 63101
     (314) 421-0350
     (314) 421-4060 facsimile
     jwsj@schotteljustice.com

     Attorney for Plaintiff
     Henry M. Davis

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

     Peter J. Dunne
     dunne@pspclaw.com

     Robert T. Plunkert
     plunkert@pspclaw.com

     Attorneys for Defendants
     Michael White
     John Beaird
     Kim Tihen
     City of Ferguson, Missouri


     s/*James W. Schottel, Jr.*