COURTROOM MINUTE SHEET - CIVIL

DAY __2__

DATE: __3-24-14__     CASE NO.: __10cv1429__
JUDGE: __Baker__     COURT REPORTER: __D.K.__

__Davis__  v.  __White__

ATTORNEY( ) for Pltf( ): __J. Schottel__
ATTORNEY( ) for Dft( ): __P. Dunne__

(✓) Parties present for (**JURY**/NON-JURY) trial. ( ) Jury empaneled and sworn.
( ) Opening statements of ( )Pltf/( )Dft made.
(✓) Pltf evidence commenced/<u>resumed</u> <u>and</u>/but not <u>concluded</u>.
(✓) Oral/Written motion of ( )Pltf/(✓)Dft for judgment as a matter of law at close of pltf's case fld/made/<u>argued</u>, submitted and overruled/denied/sustained/Court's ruling reserved/and is taken with the case. GRANTED NAB
( ) Dft evidence commenced/resumed and/but not concluded.
( ) Pltf evidence in rebuttal commenced/resumed and/but not concluded.
( ) Dft evidence in surrebuttal commenced/resumed and/but not concluded.
( ) Oral/Written motion of Pltf/Dft for judgment as a matter of law at the close of all the evidence fld/made/argued/submitted and overruled/denied/sustained/ Court's ruling reserved/as is taken with the case.
( ) Proceedings to continue tomorrow/Monday at _____ a.m./p.m.
(✓) __Jurors excused; Order aJGM to be issued forthwith.__

COURT TIME: __8:20__ to __1:30__   Lunch Break __12:30__ to __1:15__
DEPUTY CLERK: __C. Abrams__