# EXHIBIT LIST

*Date:*            *Case Number:* _____

*Style:*        Page No. _____

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| | | | See attached list | | |
| | | | | | |
| | | | | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY M. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10-CV-1429 NAB |
| | ) | |
| MICHAEL WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S FINAL PRE-TRIAL PROPOSED EXHIBIT LIST

COMES NOW Plaintiff Henry M. Davis, and hereby submits the following final proposed exhibit list:

| No. | Description | Will/May be introduced | 902(11) or 902(12) Authentication |
|---|---|---|---|
| P-1 | Section 29.61 of the revised Code Of the City of Ferguson, 1998 | Will 3-24 | No |
| P-2 | Defendant John Beaird 9/24/2009 Complaint/Information – Tihen Uniform | Will 3-24 | No |
| P-3 | Defendant John Beaird 9/24/2009 Complaint/Information – Pillarick Uniform | Will 3-24 | No |
| P-4 | Defendant John Beaird 9/24/2009 Complaint/Information – White Uniform | Will 3-24 | No |
| P-5 | Defendant John Beaird 9/24/2009 Complaint/Information – Beaird Uniform | Will 3-24 | No |
| P-6 | Reserved | May | No |
| P-7 | 9/20/2009 Jail Video | May | No |

| | | | |
|---|---|---|---|
| P-7-1 | Reserved | May | No |
| P-7-2 | Reserved | May | No |
| ✓ P-8 | Pillarick Jail Notes – 9/20/2009 | May 3-24 | No |
| ✓ P-9 | Michael White Medical Records - Christian Hospital  3-25 | May | Yes |
| P-10 | Michael White Employee Injury/Illness Report (REDACTED) | May | No |
| P-11 | Reserved | May | No |
| P-12 | Reserved | May | No |
| P-13 | Reserved | May | No |
| P-14 | Reserved | May | No |
| ✓ P-15 | Non-Lethal Force Report - 9/20/2009 (REDACTED) | May 3-24 | No |
| ✓ P-16-1 | Jail Photo #1  3-24 | May | No |
| ✓ P-16-2 | Jail Photo #2  3-25 | May | No |
| P-16-3 | Jail Photo #3 | May | No |
| P-16-4 | Jail Photo #4 | May | No |
| ✓ P-16-5 | Jail Photo #5  3-25 | May | No |
| ✓ P-16-6 | Jail Photo #6  3-25 | May | No |

2

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.   #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Plaintiff
Henry M. Davis

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Peter J. Dunne
dunne@pspclaw.com

Robert T. Plunkert
plunkert@pspclaw.com

Attorneys for Defendants
Michael White
John Beaird
Kim Tihen
City of Ferguson, Missouri

s/*James W. Schottel, Jr.*

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HENRY M. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 10-cv-1429 NAB |
| | ) |
| JOHN BEAIRD, | ) |
| | ) |
| Defendant, and | ) |
| | ) |
| MICHAEL WHITE, | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HENRY M. DAVIS, | ) |
| | ) |
| Counterclaim Defendant. | ) |

## DEFENDANT OFFICER JOHN BEAIRD AND COUNTERCLAIM PLAINTIFF OFFICER MICHAEL WHITE'S MOTION FOR LEAVE TO SUPPLEMENT PROPOSED TRIAL EXHIBITS L-1 AND L-2

COME NOW Defendant, Officer John Beaird, and Counterclaim Plaintiff, Officer Michael White, move the Court enter its order permitting these parties to amend their list of exhibits to include Exhibits L-1 and L-2, which are the VHS video tapes of the City of Ferguson Jail and Police Station on September 20, 2009. This Honorable Court ruled during the pre-trial conference to allowing reference to the presence of video cameras in the jail, and the identified exhibits are the VHS tapes that were retained and preserved by the City of Ferguson.

3-25-14

{01122802.DOCX;1}

The Plaintiff has Plaintiff has listed a CD version copy of these recordings as Exhibits. Ex. P-7.

WHEREFORE, Officers White and Beaird request that this Court grant leave to supplement their list of exhibits, and for such further relief as this Court deems just and proper.

>   /s/ Peter J. Dunne
>   Peter J. Dunne   #31482
>   Robert T. Plunkert #62064
>   PITZER SNODGRASS, P.C.
>   Attorney for Defendants
>   100 South Fourth Street, Suite 400
>   St. Louis, Missouri 63102-1821
>   (314) 421-5545
>   (314) 421-3144 (Fax)
>   dunne@pspclaw.com
>   plunkert@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 21st day of March, 2014 to be served by operation of the Court's electronic filing system upon the following:

Mr. James W. Schottel, Jr.
Attorney for Plaintiff
906 Olive Suite PH
St. Louis, Missouri 63101

>   /s/ Peter J. Dunne

March 21, 2014

2

{01122802.DOCX;1}