# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HENRY M. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-1429 NAB |
| ) | |
| JOHN BEAIRD, ) | |
| ) | |
| Defendant, and ) | |
| ) | |
| MICHAEL WHITE, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HENRY M. DAVIS, ) | |
| ) | |
| Counterclaim Defendant. ) | |

## JUDGMENT

The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of John Beaird and against Henry Davis on Count II, Mr. Davis' substantive due process claim.

Dated this 25th day of March, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE