# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HENRY M. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-1429 NAB |
| ) | |
| MICHAEL WHITE, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PRE-TRIAL PROPOSED EXHIBIT LIST

COMES NOW Plaintiff Henry M. Davis, and hereby submits the following proposed exhibit list:

| No. | Description | Will/May be introduced | 902(11) or 902(12) Authentication |
|---|---|---|---|
| P-1-1 | Plaintiff Henry Davis Booking Photo – Front | Will | No |
| P-1-2 | Plaintiff Henry Davis Booking Photo - Side | Will | No |
| P-2 | Christian Hospital Bills | Will | No |
| P-3 | SSM St. Joseph Health Center Medical Records | Will | Yes |
| P-4 | SSM St. Joseph Health Center Bills | Will | No |
| P-5 | SSM Medical Group Medical Records | Will | Yes |
| P-6 | SSM Medical Group Bills | Will | No |
| P-7 | O'Fallon Casting, LLC Employment Records | Will | Yes |

| | | | |
|---|---|---|---|
| P-8 | 9/20/2009 Jail Video | Will | No |
| P-9 | Non-Lethal Force Report - 9/20/2009 | May | No |
| P-10 | Chris Pillarick Jail Notes - 9/20/2009 | Will | No |
| P-11 | Joe Jenkins Jail Notes - 9/20/2009 | May | No |
| P-12-1 | Jail Photo #1 | May | No |
| P-12-2 | Jail Photo #2 | May | No |
| P-12-3 | Jail Photo #3 | May | No |
| P-12-4 | Jail Photo #4 | May | No |
| P-13 | Defendant Michael White Christian Hospital Medical Records | May | Yes |
| P-14 | Defendant Michael White Employee Injury/Illness Report | May | No |
| P-15 | Ferguson Police Department Dispatch Log | May | No |
| P-16 | St. Louis County Court Record Henry J. Davis Case No. 2107T-01320 | May | No |
| P-17 | St. Louis County Court Record Henry J. Davis Case No. 2107T-01321 | May | No |

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.    #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Plaintiff
Henry M. Davis

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Peter J. Dunne
dunne@pspclaw.com

Robert T. Plunkert
plunkert@pspclaw.com

Attorneys for Defendants
Michael White
John Beaird
Kim Tihen


s/*James W. Schottel, Jr.*

3